▪ GEORGE KLOPACS, Appellant, v. VINCENT TAMMERO et al., Respondents.— In a negligence action to recover damages for personal injuries, the plaintiff appeals from so much of an order of the Supreme Court, Queens County, dated January 18, 1961, as on reconsideration, adhered to the original decision, denying him a preference in trial, pursuant to rule 9 of the Queens County Supreme Court Rules. Order insofar as appealed from affirmed.

without costs. No opinion. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.